IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



ROGER JOHNSON                                             PLAINTIFF

VS.                                        CIVIL ACTION NO. 3:04-cv-393 WS

OFFICER DELANIO SANDERS and
SHERIFF MALCOLM E. McMILLIN                        DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that the complaint be dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 22nd day of December, 2005.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE