**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

ROGER JOHNSON					PLAINTIFF

vs.						Civil Action No. 3:04-cv-393 HTW-FKB

OFFICER DELANIO SANDERS and
SHERIFF MALCOLM McMILLIN				DEFENDANTS

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Keith Ball and the written objection to the proposed findings and recommendation.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken.  Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

IT IS, THEREFORE, ORDERED that Officer Delanio Sanders is dismissed without prejudice as a defendant in this action pursuant to Fed.R.Civ.P. 4(m).

**SO ORDERED, this the 27th day of January, 2012.**

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE