**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

ROGER JOHNSON                                                                    PLAINTIFF

vs.                                                     Civil Action No. 3:04-cv-393 HTW-FKB

OFFICER DELANIO SANDERS and
SHERIFF MALCOLM McMILLIN                                               DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United

States Magistrate Judge Keith Ball and the written objection to the proposed findings

and recommendation.  Based upon the evidence therein contained, this court, having

given full consideration to the aforesaid objection, finds the same not well taken.  There-

fore, the Report and Recommendation of the United States Magistrate Judge is hereby

adopted as the order of this court.

IT IS, THEREFORE, ORDERED that Officer Delanio Sanders is dismissed

without prejudice as a defendant in this action pursuant to Fed.R.Civ.P. 4(m).

**SO ORDERED, this the 27th day of January, 2012.**


**s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT JUDGE**