IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROGER JOHNSON                                                                        PLAINTIFF

VS.                                                  CIVIL ACTION NO.: 3:04-cv-393-HTW-FKB

HINDS COUNTY BOARD OF
SUPERVISORS, ET AL.                                                                  DEFENDANTS

## ORDER

THIS CAUSE comes on this date on the *sua sponte* motion of the Court for an order for a writ of habeas corpus ad testificandum requiring that **Roger Johnson, MDOC No. 59930,** be present at the status/scheduling conference of this matter.

IT IS, THEREFORE, ORDERED that a writ of habeas corpus ad testificandum issue forthwith from this court directing the Superintendent to transport the above-named to appear before the Honorable Henry T. Wingate, United States District Court Judge, United States District Court for the Southern District of Mississippi, in the United States Courthouse, 501 E. Court Street, Courtroom No. 6A, Jackson, Mississippi, on **Monday, June 8, 2015, at 9:00 a.m.** for a motion/evidentiary hearing in this matter. Thereafter, upon being dismissed by the court, the above-named will be returned to the above named institution or to such other institution as is designated by the Superintendent thereof, where he may be lawfully incarcerated.

SO ORDERED, this the 16th day of April, 2015.

                                                    s/ HENRY T. WINGATE                .
                                                  UNITED STATES DISTRICT JUDGE