# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

Roger Johnson, Plaintiff
vs.
Sheriff Malcolm McMillan, et. Al, Defendants

Action No. 3:04cv393

FILED AUG 14 2011 SOUTHERN DISTRICT OF MISSISSIPPI ARTHUR JOHNSTON, BY _____ DEPUTY

## Plaintiff's Exhibits

Ex. P-1 Plaintiff's Medical/Inmate File beginning October 2001 - November 2002 / Sponsor / I.D. / Evidence

P-2 Hinds County Detention Center Policy and Procedure Manual during the timeframe he was a pretrial detainee in 2001 and 2002 / Sponsor I.D. / Evid.

P-3 Inmate Records for Johnny Hilliard / Sponsor / I.D. / Evid.

P-4 A listing of inmates who were housed in cell numbers 5134 and 5136 during the month of June 2002 / Sponsor / I.D / Evid.

P-5 A listing of inmates who were housed on A-4 during the month of June 2002 / Sponsor / I.D / Evid.

P-6 June 8, 2015 Evidentiary Hearing Transcripts / Sponsor / I.D. / Evid.

P-7 Complaint 3:04 cv 1421